# LOCAL BANKRUPTCY FORM 3015-1.5
## United States Bankruptcy Court
### District of Colorado

In re: <u>David L. Trego,</u>  )
  )
   Debtor  ) Case No. <u>16-10004-MER</u>
  )
Address:  )
  )
   Joshua Allen Bekerman, Bar No. 42537  )
   Bekerman Law Firm, P.C.  )
   4600 S. Syracuse St.  )
   Floor 9  )
   Denver, CO 80237  ) <u>Chapter 7</u>

---

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

---

    **I,** <u>David L. Trego</u>, declare under penalty that the the forgoing is true and correct (CHECK ONE OF THESE BOXES):

[ ]   I have not been employed within the 60 days before the date of the filing of the petition.

[X]   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because.

[ ]   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Dated: <u>February 6, 2016</u>      <u>/s/ David L. Trego</u>
                                        David L. Trego
                                        Debtor