## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
DAVID L. TREGO,                                 )        Case No. 16-10004 MER
                                                )        Chapter 7
            Debtor(s)                           )

_____

### NOTICE OF TRUSTEE'S APPLICATION (A) FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363(b) AND (B) TO EMPLOY AND COMPENSATE DICKENSHEET & ASSOCIATES, INC. AS AUCTIONEER
_____

### OBJECTION DEADLINE: JUNE 1, 2016.

**YOU ARE HEREBY NOTIFIED** that David V. Wadsworth, chapter 7 trustee herein ("Trustee"), has filed an **APPLICATION (A) FOR AUTHORITY TO SELL PROPERTY OF THE PURSUANT TO 11 U.S.C. § 363(b) AND (B) TO EMPLOY AND COMPENSATE DICKENSHEET & ASSOCIATES, INC. AS AUCTIONEER** with the bankruptcy court and requests the following relief: The Trustee seeks to (a) sell a 2007 Polaris 525 ATV, VIN 4XAGP52A772089889 (the "Assets") pursuant to 11 U.S.C. § 363(b); and (b) employ and compensate Dickensheet & Associates, Inc. as auctioneer.  As compensation, Dickensheet shall receive 15% of the gross proceeds of sale plus reasonable expenses. The sale of the Assets is scheduled to be held by public auction on June 4, 2016 at 11:00 a.m. at 1501 W. Wesley Avenue, Denver, Colorado, 80223.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: May 11, 2016                     Respectfully submitted,


                                        */s/ David V. Wadsworth*
                                        David V. Wadsworth, Trustee, Reg. No. 32066
                                        1660 Lincoln St., Suite 2200
                                        Denver, Colorado 80264
                                        (303) 296-1999 / (303) 296-7600 FAX
                                        dwadsworth@sww-legal.com