UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
   TREGO, DAVID )
) Case No. 16-10004MER
) Chapter 7
   Debtor )

## REPORT OF SALE

COMES NOW Dickensheet & Associates, Inc., Auctioneer, in the above captioned proceeding and states as follows:

1. On June 6th, 2016, the Trustee in the above-captioned case obtained an order from the Court for the sale of assets at public auction, and for the employment and compensation of the undersigned auctioneer.

2. The property consigned by the Trustee was sold at public auction on July 16th, 2016 by Dickensheet & Associates, Inc., 1501 W Wesley Avenue, Denver, Colorado 80223. A list of each item sold, along with the price and the buyer, is attached. A list of registered buyers is also attached.

3. The total proceeds of $ 2,100.00 received for the property consigned by the Trustee were mailed or delivered to the Trustee on August 16th, 2016.

4. The undersigned was paid a commission of fifteen percent (15%) from Seller totaling $ 315.00 and expenses of $ 52.19 were incurred regarding this estate.

5. If any items consigned by the Trustee were not sold because no bids were received, the items have been returned to the Trustee or sold at a later auction date.

6. The undersigned hereby certified that neither he nor any of his employees acquired any interest, either direct or indirect, in any of the property sold.

DATED: August 16th, 2016

                                      Respectfully submitted,

                                      Christine Dickensheet
                                      Dickensheet & Associates, Inc.
                                      1501 W Wesley Avenue
                                      Denver, Colorado  80223

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing REPORT OF SALE was delivered or mailed, postage prepaid, to the following:

David Wadsworth
Chapter 7 Trustee
1660 Lincoln Street, Suite 2200
Denver, Colorado  80264

United States Trustee
District of Colorado
999 18th Street, Suite 1551
Denver, Colorado  80202

United States Bankruptcy Court
721 19th Street
Denver, Colorado  80202

DATED: August 16th, 2016

# Seller Settlement



Dickensheet & Associates, Inc
1501 W Wesley Ave
Denver, CO 80223
Phone: (303) 934-8322

Invoice #: 22-54591-1

## Seller Information

| | |
|---|---|
| Seller Name: | TREGO, DAVID |
| Seller Number: | 22 |
| Company: | CASE #: 16-10004 |
| Location: | MR. DAVID WADSWORTH, TRUSTEE<br>UNITED STATES BANKRUPTCY COURT<br>DENVER, CO 80202 |
| Phone: | |

## Auction Information

| | |
|---|---|
| Auction: | USMS / USBC AUCTION |
| Date: | 07/16/2016 00:00 |
| Location: | 1501 W Wesley Ave<br>Denver, CO 80223 |

| Lot Num | Description | Bidder | Quantity Purchased | Bid | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|---|---|
| 3010 | 2007 Polaris ATV, VIN: 4XAGP52A772089889 | 711 | 1.0 | $2,100.00 | $2,100.00 | ($315.00) | $1,785.00 |
| Total Lots: 1 | | | | Total: | $2,100.00 | $315.00 | |

### Expenses

| Date | Type | Merchant | Description | Amount | Notes |
|---|---|---|---|---|---|
| | Seller | | Advertising & Promotion | $52.19 | |
| Total Expenses: 1 | | | Total: | $52.19 | |

| Summary | |
|---|---|
| Auction Gross | $2,100.00 |
| Commissions | ($315.00) |
| Expenses | ($52.19) |
| Credits | $0.00 |
| Auction Net | $1,732.81 |
| Total Paid | $2,100.00 |
| Balance Due | ($367.19) |

 

### Vehicles, Horse Trailer, Firearms, Undeveloped Land, Wine & More!
Saturday, July 16th - 10:00 AM
Further information will be posted closer to auction date. Thank you!... LEARN MORE



### 2005 John Deere 4120 Tractor With 400X Loader
Saturday, July 16th - 10:00 AM
Inspection available daily Monday-Friday 9AM-5PM. Amazing auction opportunity!... LEARN MORE



### Firearms Available For Immediate Sale-NEW ARRIVALS
Saturday, July 16th - 12:00 PM
All parties will need to pass the CBI Background Check to purchase firearms with $ 7.00 fee for CBI transaction. Thank you!... LEARN MORE



### JOIN OUR TEAM, FULL & PART TIME AVAILABLE
Sunday, July 17th - 9:00 AM
Thank you!... LEARN MORE

 

### RAIDER LOCKSETS AVAILABLE FOR IMMEDIATE SALE
Monday, July 18th - 9:00 AM
LEVER BATHROOM, TUBULAR LEVER LOCKSET & DEADBOLTS REMAINING. $ 7.50 EACH, 5 OR ABOVE AT $ 7.00 EACH AND OVER 10 PRICED AT $ 6.50 EACH. STOP ON BY MONDAY-FRIDAY 9AM-5:30PM. THANK YOU!... LEARN MORE